IN RE: TAMERA M. SMITH      CASE NO. 10-12414

**BANK OF AMERICA**

Claim 000003, Payment 0.65%
TGMC
P O Box 6037
Houma, LA 70361

Acct.929200241

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

32-1/1110 TX
0

CHECK NUMBER: **1006**

DATE: 10/25/11

AMOUNT: ***********2.21

1987025

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 10-12414    A | Debtor: SMITH, TAMERA M. |

United States Bankruptcy Court
LA
500 Poydras St. B-601
New Orleans, LA 70130

Two Dollars And 21/100

Barbara Rivera-Fulton
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001006⑈ ⑆111000012⑆ 443798005 8⑈

10/27/11
DEPOSITED TO 106000,
UNCLAIMED UNDER $25.00
DUE: TGMC

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229273   — KW
* * C O P Y * *
October 27, 2011
15:14:23

UNC.UNDER$25
10-12414
Debtor.: TAMERA M. SMITH
Trustee: Barbara Rivera-Fulton
Amount.:      $2.21 CH
Check#.: 1006

Total ->   $2.21

FROM: RIVERA-FULTON

Date:  10/25/11

## DIVIDENDS REMITTED TO THE COURT

Page: 1

Case Number 10-12414 - SMITH, TAMERA M.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| TGMC<br>P O Box 6037<br>Houma, LA 70361<br>    Acct.929200241 | 000003 | 337.63 | 2.21 |
|  |  |  |  |
| ---------- Remittance Total --------------- |  | 337.63 | 2.21 |

*Barbara Rivera-Fulton* (signature)

Law Ofc. of Barbara Rivera Fulton, Trustee

COURT1

Printed: 10/25/11 05:10 PM   Ver: 16.04d